**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL ACTION NO. 1:20-CV-00166-GCM-DCK**

| | |
|---|---|
| **SHANTEL LYNN EMORY,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **ANDREW M. SAUL,** | |
| **Defendant.** | |

   **THIS MATTER** is before the Court on the Magistrate Judge's Memorandum and Recommendation ("M&R") (ECF Doc. 13). The M&R was entered on April 2, 2021. The Federal Rules of Civil Procedure allow parties fourteen days to file specific written objections to a Magistrate Judge's proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). By copy of the M&R, each party was advised of the right to file written objections. No objections were filed by either party as of the date of this Order. After a careful review of the record, and finding no error, the Court hereby **ADOPTS** and **APPROVES** the findings and recommendations set forth in the M&R (ECF Doc. 13).

   **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss (ECF Doc. 12), which was filed pursuant to Rule 41(a)(2), is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

   **SO ORDERED**.

Signed: June 23, 2021

Graham C. Mullen
United States District Judge